1040

LARRY ISAAK, ET AL, *Appellants,* v. MICHAEL R.
ELLISON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Douglas County, No. 12079, Charles W. Cone, J., entered January 20, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Roe, J.

THE STATE OF WASHINGTON, *Respondent,* v. RANDY
J. PAXTON, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 79-1-00104-3, Arthur J. Bieker, J. Pro Tem., entered January 11, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD
FRIEBE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-8-03966-2, Jerome M. Johnson, J., entered November 17, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Durham, JJ.

JOHN A. McGARY, ET AL, *Appellants,* v. WESTLAKE
INVESTORS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 824827, Eugene G. Cushing, J., entered September 25, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, A.C.J., and Corbett, J.